# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CRIMINAL NO. |
| DANIELLE N. DEFFES, | ) | 14-00218-CB |
| Defendant. | ) | |

## ORDER

A competency hearing is hereby scheduled in this matter for May 18, 2015 at 11:00 a.m. before the undersigned in Courtroom 5B of the U.S. District Court.

**DONE** this the 21st day of April, 2015.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**